1  PATRICK J. MANSHARDT, State Bar No. 178,085
   SOUTHWESTERN LEGAL FOUNDATION
2  One Bunker Hill Building, Eighth Floor
   601 West Fifth Street
3  Los Angeles, California 90071
   213.688.4045
4  Fax: 213.688.4050
   E-mail: PJManshardtlaw@aol.com
5
   Attorney for Plaintiffs ZHEN CUNZHU, GUO QUAN,
6  and CHINA DEMOCRACY PARTY WEST FDN.

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11  ZHENG CUNZHU; et al.,                )    **DECLINATION TO PROCEED BEFORE**
                                         )    **A MAGISTRATE JUDGE AND**
12              Plaintiffs,              )    **REQUEST FOR ASSIGNMENT TO**
                                         )    **UNITED STATES DISTRICT JUDGE**
13          vs.                          )
                                         )
14  YAHOO!, INC., et al.,                )
                                         )
15              Defendants.              )
                                         )
16  ─────────────────────────────────────

17         REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT

18  JUDGE.

19         The undersigned parties hereby decline to consent to the assignment of this

20  case to a United States Magistrate Judge for trial and disposition and hereby

21  request the reassignment of this case to a United States District Judge.

22

23  DATED: May 21, 2008            PATRICK J. MANSHARDT

24

25                          By
26                                   Patrick J. Manshardt
                                     Attorney for Plaintiffs ZHEN CUNZHU, et al.
27
                                     -1-
28  ─────────────────────────────────────────────────────────────
    DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO
                       A UNITED STATES DISTRICT JUDGE