UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHENG CUNZHU

       Plaintiff(s),                       No. 08-01068 JL

   v.                              NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

YAHOO! INC.

       Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

         (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for May 28, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: May 22, 2008

                                                                           Richard W. Wieking, Clerk
                                                                           United States District Court

                                                                           *Wings Hom*
                                                                           _____
                                                                           By: Wings Hom, Deputy Clerk