**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking     General Court Number
Clerk     415.522.2000

**May 23, 2008**

**CASE NUMBER:  CV 08-01068 JL**
**CASE TITLE:  ZHENG CUNZHU-v-YAHOO! INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/23/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies     Special Projects
Log Book Noted     Entered in Computer 5/23/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel     Transferor CSA