PATRICK J. MANSHARDT, State Bar No. 178,085
SOUTHWESTERN LEGAL FOUNDATION
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, California 90071
213.688.4045
Fax: 213.6884045
E-mail: PJManshardtlaw@aol.com

Attorney for Plaintiffs CUNZHU ZHENG, QUAN GUO and the CHINA DEMOCRACY PARTY.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNZHU ZHENG, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> YAHOO, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No.   C-08-01068-MMC <br><br> **PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT** <br><br><br><br><br> **Date: June 30, 2008** <br> **Time:** |

Plaintiffs request that the Court continue the case management conference in this action currently set for June 30, 2008 for 45 days.

The basis for this request is that the Plaintiffs only recently obtained counsel for the case and filed a first amended complaint on June 16, 2008, naming a new Defendant, the Peoples Republic of China.

Giving Plaintiffs the 45 days they request will permit them to serve all Defendants (including the Peoples Republic of China, as set forth in 28 U.S.C. § 1608), and give the Defendants time to file a responsive pleading before they appear for a case management conference.

1

1  DATED: June 23, 2008           P<small>ATRICK</small> J. M<small>ANSHARDT</small>

4                                  By_____
                                     Patrick J. Manshardt
5                                  Attorney for Plaintiffs C<small>UNZHU</small> Z<small>HENG</small>, Q<small>UAN</small>
                                   G<small>UO</small>, and the C<small>HINA</small> D<small>EMOCRACY</small> P<small>ARTY</small>