IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNZHU ZHENG, et al., | No. C-08-1068 MMC |
|         Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR PLAINTIFFS TO SERVE DEFENDANTS NAMED IN INITIAL COMPLAINT** |
|   v. | |
| YAHOO! INC. et al., | |
|         Defendants / | |

     Before the Court is plaintiffs' Case Management Conference Statement, filed June 23, 2008. Plaintiffs request therein that the Court continue the June 27, 2008 Case Management Conference for a period of 45 days to permit plaintiffs to serve all defendants.

     Good cause appearing, the Case Management Conference is hereby CONTINUED from June 27, 2008 to August 22, 2008. A Joint Case Management Conference Statement shall be filed no later than August 15, 2008.

     Further, the initial complaint having been filed more than 120 days ago, plaintiffs are hereby ORDERED to serve the two defendants named in the initial complaint, specifically, Yahoo! Inc. and Yahoo! Hong Kong, Ltd., no later than July 18, 2008. See Fed. R. Civ. P. 4(m) (providing where plaintiff fails to serve defendant within 120 days of filing complaint, court must dismiss action against that defendant or order service be made within specific time).

     **IT IS SO ORDERED.**

Dated: June 24, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge