Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

Cunzhu Zheng; Quan Guo; the China Democracy )
Party and All Similarly Situated Individuals, )
)
)
Plaintiff )
v. )  Civil Action No. C-08-01068-MMC
Yahoo!, Inc., a Delaware Corporation; Yahoo!, )
Hong Kong, a foreign subsidiary of Yahoo!, Inc., )
and the People's Republic of China, )
)
Defendant )

**Summons in a Civil Action**

To:

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Patrick J. Manshardt, One Bunker Hill Building, Eighth Floor,
601 West Fifth Street, Los Angeles, CA 90071

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                  Richard W. Wieking
                                                  Name of clerk of court

Date: 7/10/08                               **ALFRED AMISTOSO**
                                                  Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*