PATRICK J. MANSHARDT, State Bar No. 178,085
SOUTHWESTERN LEGAL FOUNDATION
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, California 90071
213.688.4043
Fax: 213.688.4045
E-mail: P.Manshardtlaw@aol.com

Attorney for Plaintiffs, CUNZHU ZHENG, QUAN GUO
and the CHINA DEMOCRACY PARTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CUNZHU ZHENG, et al., | ) | No. C-08-01068-MMC |
| Plaintiffs, | ) ) ) | CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT YAHOO, INC. |
| vs. | ) ) | |
| YAHOO, INC., et al., | ) | |
| Defendants. | ) | |

I certify that I am authorized to serve the summons and complaint in the within action pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and that I served the summons and complaint as follows:

UPON A BUSINESS ENTITY by delivering a copy of the summons, first amended complaint, case management conference order and standing orders for civil cases to a responsible employee at the offices of Yahoo, Inc., 2450 Broadway, Santa Monica, California 90404 on July 17, 2008 at approximately 1:00 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2008 at Los Angeles, California.

_____
PATRICK J. MANSHARDT