PATRICK J. MAHONEY, State Bar No. 178,085
SOUTHERN STREET LEGAL FOUNDATION
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, California 90071
213-623-2012
Fax: 213-688-6045
E-mail: PJM@southernlaw.com

Attorney for Plaintiffs CHAOJIU ZHENG, QUAN GUO
and the CHINA DEMOCRACY PARTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAOJIU ZHENG, et al., | No.   C-08-01068-MMC |
| Plaintiffs, | CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT YAHOO, ASIA HOLDINGS, LTD. |
| vs. | |
| Yahoo!, Inc., et al., | |
| Defendants. | |

I certify that I am authorized to serve the summons and complaint in the within action pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and that I served the summons and complaint as follows:

UPON A FOREIGN BUSINESS ENTITY as provided by California Code of Civil Procedure § 415.40 by registered mail, a copy of the summons, first amended complaint, case management conference order and standing orders for civil cases to Yahoo, Asia Holdings, Ltd., Room 2802, Standing Plaza, Causeway Bay, Hong Kong on July 17, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2008 at Los Angeles, California.

PATRICK J. MAHONEY