PATRICK J. MANSHARDT, State Bar No. 176,085
SOUTHWESTERN LEGAL FOUNDATION
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, California 90071
213.688.4045
Fax: 213.688.4045
E-mail: PJMonshardtlaw@aol.com

Attorney for Plaintiffs CUNZHI ZHENG, QUAN GUO
and the CHINA DEMOCRACY PARTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CUNZHI ZHENG, et al., | ) | No.   C-08-01068-MMC |
| Plaintiffs, | ) ) ) | CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT PEOPLES REPUBLIC OF CHINA |
| vs. | ) ) ) | |
| YAHOO, INC., et al., | ) | |
| Defendants. | ) | |

I certify that I am authorized to serve the summons and complaint in the within action pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and that I served the summons and complaint as follows:

UPON A FOREIGN COUNTRY by making a request under Article 5 of the Hague Convention for service abroad of judicial and extrajudicial documents by registered mail, a copy of the summons, first amended complaint, case management conference order and standing orders for civil cases to Hong Kong SAR (China), The Chief Secretary of Hong Kong Central Government Offices, Lower Albert Road, Hong on July 17, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2008 at Los Angeles, California.

_____
PATRICK J. MANSHARDT