PATRICK J. MANSHARDT, State Bar No. 178,085
SOUTHWESTERN LEGAL FOUNDATION
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, California 90071
213.688.4045
Fax: 213.6884045
E-mail: PJManshardtlaw@aol.com

Attorney for Plaintiffs CUNZHU ZHENG, QUAN GUO
and the CHINA DEMOCRACY PARTY.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNZHU ZHENG, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> YAHOO, INC., et al., <br><br> Defendants. | No. C-08-01068-MMC <br><br> CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT YAHOO, INC. |

    I certify that I am authorized to serve the summons and complaint in the within action pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and that I served the summons and complaint as follows:

    UPON A BUSINESS ENTITY by delivering a copy of the summons, first amended complaint, case management conference order and standing orders for civil cases to a responsible employee at the offices of Yahoo, Inc., 2450 Broadway, Santa Monica, California 90404 on July 17, 2008 at approximately 1:00 p.m.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 25, 2008 at Los Angeles, California.

                                              PATRICK J. MANSHARDT