PATRICK J. MANSHARDT, State Bar No. 178,085
SOUTHWESTERN LEGAL FOUNDATION
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, California 90071
213.688.4045
Fax: 213.6884045
E-mail: PJManshardtlaw@aol.com

Attorney for Plaintiffs CUNZHU ZHENG, QUAN GUO and the CHINA DEMOCRACY PARTY.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CUNZHU ZHENG, et al, | ) | No.   C-08-01068-MMC |
| Plaintiffs, | ) ) | CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT PEOPLES REPUBLIC OF CHINA |
| vs. | ) ) | |
| YAHOO, INC., et al., | ) ) | |
| Defendants. | ) ) | |

 I certify that I am authorized to serve the summons and complaint in the within action pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and that I served the summons and complaint as follows:

 UPON A FOREIGN COUNTRY by making a request under Article 5 of the Hague Convention for service abroad of judicial and extrajudicial documents by registered mail, a copy of the summons, first amended complaint, case management conference order and standing orders for civil cases to Hong Kong SAR (China), The Chief Secretary of Hong Kong Central Government Offices, Lower Albert Road, Hong on July 17, 2008.

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed on July 25, 2008 at Los Angeles, California.

PATRICK J. MANSHARDT

1

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Patrick J. Manshardt, Esq.<br>One Bunker Hill Building, Eighth Floor<br>601 West Fifth Street<br>Los Angeles, CA 90071 | Bureau of International Judicial Assistance<br>Ministry of Justice of the People's Republic of China<br>10 Chaoyangmen Nandajie<br>Chaoyang District<br>BEIJING, 100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Bureau of International Judicial Assistance Ministry of Justice of the People's Republic of China, 10 Chaoyangmen Nandajie, Chaoyang District, Beijing, 100020, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

| List of documents<br>*Enumération des pièces* | Done at Los Angeles, CA, USA , the<br>*Fait à                                le* |
|---|---|
| Summons<br>First Amended Complaint<br>Order Setting Case Management Conference | Signature and/or stamp<br>*Signature et/ou cachet* |

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)