1

2   DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
3   MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA  90067-6035
    Telephone:   (310) 553-6700
6   Facsimile:   (310) 246-6779

7   Attorneys for Defendant YAHOO!, INC. and
    Specially Appearing Defendant YAHOO!, HONG
8   KONG, LTD.

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  CUNZHU ZHENG; QUAN GUO; the         Case No.  C08-01068 MMC
    CHINA DEMOCRACY PARTY; and ALL
    SIMILARLY SITUATED                  DEFENDANT YAHOO! INC.'S AND
15  INDIVIDUALS,                        SPECIALLY APPEARING DEFENDANT
                                        YAHOO! HONG KONG, LTD'S
16              Plaintiffs,             CERTIFICATE OF INTERESTED
                                        PERSONS OR ENTITIES
17       v.

18  YAHOO, INC., a Delaware Corporation,
    YAHOO! HONG KONG, LTD., a Foreign
19  Subsidiary of YAHOO!, INC Subsidiaries
    of YAHOO!, INC.; and PEOPLES
20  REPUBLIC OF CHINA,

21              Defendants.

22

23       Pursuant to Civil Local Rule 3-16, the undersigned certify that, in addition to the entities

24  disclosed in the First Amended Complaint in this action filed on June 16, 2008, the following

25  listed persons, associations of persons, firms, partnerships, corporations (including parent

26  corporations) or other entities (i) have a financial interest in the subject matter in controversy or

27  in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party

28  that could be substantially affected by the outcome of this proceeding:

C08-01068 MMC
DEFENDANTS' CERTIFICATE OF
INTERESTED PERSONS OR ENTITIES

1.   1.   Overture Services, Inc. (parent of Yahoo! Hong Kong, Ltd.)
2.   2.   Yahoo! Asia Holdings, Ltd. (no known interest, but plaintiffs have attempted
3.        service on this entity).

Dated: August 4, 2008

DANIEL M. PETROCELLI
MATTHEW T. KLINE
O'MELVENY & MYERS LLP

By: _____
     Daniel M. Petrocelli

Attorneys for Defendant YAHOO!, INC. and Specially Appearing Defendant YAHOO! HONG KONG, LTD.

CC1:789623

C08-01068 MMC
DEFENDANTS' CERTIFICATE OF                - 2 -
INTERESTED PERSONS OR ENTITIES