1
2  PATRICK J. MANSHARDT (S.B. # 178085)
   PJManshardtlaw@aol.com
3  SOUTHWESTERN LEGAL FOUNDATION
   One Bunker Hill Building, Eight Floor
4  601 West Fifth Street
   Los Angeles, California, 90071
5  Telephone: (213) 688-4045
   Facsimile: (213) 688-4040
6
   Attorney for Plaintiffs CUNZHU ZHENG, QUAN
7  GUO, and the CHINA DEMOCRACY PARTY

8  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
9  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
10 O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
11 Los Angeles, CA  90067-6035
   Telephone:    (310) 553-6700
12 Facsimile:    (310) 246-6779

13 Attorneys for Defendant YAHOO!, INC. and
   Specially Appearing Defendant YAHOO!, HONG
14 KONG, LTD.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19 | CUNZHU ZHENG; QUAN GUO; the         | Case No.  C08-01068 MMC
20 | CHINA DEMOCRACY PARTY; and ALL      |
   | SIMILARLY SITUATED                  | **JOINT STIPULATED REQUEST,**
21 | INDIVIDUALS,                        | **PURSUANT TO LOCAL RULE 6-2, FOR**
   |                                     | **ORDER CONTINUING CASE**
22 |              Plaintiffs,            | **MANAGEMENT CONFERENCE**
23 |     v.
24 | YAHOO, INC., a Delaware Corporation,
   | YAHOO! HONG KONG, LTD., a Foreign
25 | Subsidiary of YAHOO!, INC Subsidiaries
   | of YAHOO!, INC.; and PEOPLES
26 | REPUBLIC OF CHINA,
27 |              Defendants.

28

## STIPULATION

This stipulation is entered by and through plaintiffs Cunzhu Zheng, Quan Guo, and the China Democracy Party ("Plaintiffs") and defendant Yahoo!, Inc. and specially appearing defendant Yahoo! Hong Kong, Ltd. ("Defendants"),[1] through their respective undersigned counsel, with reference to the following facts:

1) The initial Case Management Conference is currently scheduled for August 22, 2008, with a Joint Case Management Conference Statement due August 15, 2008.

2) The parties have stipulated and agreed, pursuant to Civil Local Rule 6-1 (a) to extend the time for Defendants to answer or otherwise respond to the First Amended Complaint in this action to September 17, 2008. Attached as Exhibit A is a true and correct copy of that stipulation.

3) In light of the extension of the time to answer or otherwise respond to the complaint, the parties believe that it would be more efficient to continue the Case Management Conference as well, for at least 30 days. This would have a minimal effect on the overall schedule of the case.

4) The Case Management Conference has been previously continued from June 27, 2008 to August 22, 2008, prior to service of Defendants.

NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-2 IT IS HEREBY AGREED AND STIPULATED that:

1) The Case Management Conference is continued to September 26, 2008 or such date as the Court deems more convenient. The Joint Case Management Statement shall be filed no later than September 19, 2008.

---

[1] By joining this stipulation, specially appearing defendant Yahoo! Hong Kong, Ltd., does not waive its right to assert lack of personal jurisdiction in the Northern District of California.

Dated: August 2, 2008

PATRICK J. MANSHARDT
SOUTHWESTERN LEGAL FOUNDATION

By: /s/ Patrick J. Manshardt
Patrick J. Manshardt
Attorney for Plaintiffs
CUNZHU ZHENG, QUAN GUO, and the
CHINA DEMOCRACY PARTY

Dated: August 4, 2008

DANIEL M. PETROCELLI
MATTHEW T. KLINE
O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Defendants
YAHOO!, INC. and Specially Appearing
Defendant YAHOO!, HONG KONG, LTD.

## ORDER [Proposed]

Pursuant to stipulation, IT IS SO ORDERED.

SIGNED on the _____ day of _____, 2008.

_____
The Honorable Maxine M. Chesney
Judge, United States District Court
for the Northern District

# EXHIBIT A

1

2  PATRICK J. MANSHARDT (S.B. # 178085)
   PJManshardtlaw@aol.com
3  SOUTHWESTERN LEGAL FOUNDATION
   One Bunker Hill Building, Eight Floor
4  601 West Fifth Street
   Los Angeles, California, 90071
5  Telephone: (213) 688-4045
   Facsimile: (213) 688-4040
6
   Attorney for Plaintiffs CUNZHU ZHENG, QUAN
7  GUO, and the CHINA DEMOCRACY PARTY

8  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
9  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
10 O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
11 Los Angeles, CA  90067-6035
   Telephone:    (310) 553-6700
12 Facsimile:    (310) 246-6779

13 Attorneys for Defendant YAHOO!, INC. and
   Specially Appearing Defendant YAHOO!, HONG
14 KONG, LTD.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  CUNZHU ZHENG; QUAN GUO; the<br>CHINA DEMOCRACY PARTY; and ALL<br>20  SIMILARLY SITUATED<br>INDIVIDUALS,<br>21<br>22              Plaintiffs,<br>23      v.<br>24  YAHOO, INC., a Delaware Corporation,<br>YAHOO! HONG KONG, LTD., a Foreign<br>25  Subsidiary of YAHOO!, INC Subsidiaries<br>of YAHOO!, INC.; and PEOPLES<br>26  REPUBLIC OF CHINA,<br>27              Defendants. | Case No.  C08-01068 MMC<br><br>**JOINT STIPULATION PURSUANT TO**<br>**LOCAL RULE 6-1 (a) FOR ADDITIONAL**<br>**TIME TO ANSWER OR OTHERWISE**<br>**RESPOND TO FIRST AMENDED**<br>**COMPLAINT** |

28

C08-01068 MMC
JOINT STIP. FOR ADDITIONAL TIME TO
RESPOND TO COMPLAINT

## STIPULATION

This stipulation is entered by and through plaintiffs Cunzhu Zheng, Quan Guo, and the China Democracy Party ("Plaintiffs") and defendant Yahoo!, Inc. and specially appearing defendant Yahoo! Hong Kong, Ltd. ("Defendants"), through their respective undersigned counsel, with reference to the following facts:

1) On February 22, 2008, Plaintiffs filed the original Complaint in this action, naming Defendants. Plaintiffs did not serve the original complaint on either of Defendants.

2) On June 16, 2008, Plaintiffs filed the First Amended Complaint in this action. The First Amended Complaint added the People's Republic of China as a defendant.

3) On July 17, 2008, plaintiffs attempted to serve the First Amended Complaint on Yahoo!, Inc., Yahoo! Hong Kong, Ltd., and the People's Republic of China. With regard to Defendants, Plaintiffs served a branch office of Yahoo!, Inc., and mailed a copy of the complaint to Yahoo! Asia Holdings, Ltd., a different Yahoo! affiliate, located in Hong Kong.

4) Defendants do not believe service was validly effected on either defendant Yahoo!, Inc. or specially appearing defendant Yahoo! Hong Kong, Ltd. However, Defendants are willing to waive, rather than challenge, service. By accepting service, Defendants do not thereby waive any substantive right or defense, including the right of specially appearing defendant Yahoo! Hong Kong, Ltd. to assert lack of personal jurisdiction in the Northern District of California. *See* F.R.C.P. 4 (d)(5).

5) The parties have not agreed to any previous extensions of time for Defendants to answer or otherwise respond to the First Amended Complaint.

NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-1 (a), IT IS HEREBY AGREED AND STIPULATED that:

1) The time for Defendants to respond to the First Amended Complaint shall be extended to and including September 17, 2008.

2) In the event Defendants timely file motions challenging the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12, Defendants will not be required to answer the First Amended Complaint at the time such motions are filed, but shall file and serve

any required answers to the First Amended Complaint within 20 days after notice of the Court's ruling on any such motions.

Dated: August 2, 2008

PATRICK J. MANSHARDT
SOUTHWESTERN LEGAL FOUNDATION

By: _____
         Patrick J. Manshardt
Attorney for Plaintiffs
CUNZHU ZHENG, QUAN GUO, and the
CHINA DEMOCRACY PARTY

Dated: August 4, 2008

DANIEL M. PETROCELLI
MATTHEW T. KLINE
O'MELVENY & MYERS LLP

By: _____
         Daniel M. Petrocelli
Attorneys for Defendants
YAHOO!, INC. and Specially Appearing
Defendant YAHOO!, HONG KONG, LTD.

CC1:789622

C08-01068 MMC
JOINT STIP. FOR ADDITIONAL TIME TO        - 3 -
RESPOND TO COMPLAINT