PATRICK J. MANSHARDT (S.B. # 178085)
PJManshardtlaw@aol.com
SOUTHWESTERN LEGAL FOUNDATION
One Bunker Hill Building, Eight Floor
601 West Fifth Street
Los Angeles, California, 90071
Telephone: (213) 688-4045
Facsimile: (213) 688-4040

Attorney for Plaintiffs CUNZHU ZHENG, QUAN
GUO, and the CHINA DEMOCRACY PARTY

DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:     (310) 553-6700
Facsimile:     (310) 246-6779

Attorneys for Defendant YAHOO!, INC. and
Specially Appearing Defendant YAHOO!, HONG
KONG, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CUNZHU ZHENG; QUAN GUO; the CHINA DEMOCRACY PARTY; and ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>                     Plaintiffs,<br><br>      v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of YAHOO!, INC Subsidiaries of YAHOO!, INC.; and PEOPLES REPUBLIC OF CHINA,<br><br>                   Defendants. | Case No.  C08-01068 MMC<br><br>**JOINT STIPULATED REQUEST, PURSUANT TO LOCAL RULE 6-2, FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE;**<br><br>**ORDER THEREON** |

1

**STIPULATION**

2        This stipulation is entered by and through plaintiffs Cunzhu Zheng, Quan Guo, and the

3    China Democracy Party ("Plaintiffs") and defendant Yahoo!, Inc. and specially appearing

4    defendant Yahoo! Hong Kong, Ltd. ("Defendants"),[1] through their respective undersigned

5    counsel, with reference to the following facts:

6        1)    The initial Case Management Conference is currently scheduled for August 22,

7    2008, with a Joint Case Management Conference Statement due August 15, 2008.

8        2)    The parties have stipulated and agreed, pursuant to Civil Local Rule 6-1 (a) to

9    extend the time for Defendants to answer or otherwise respond to the First Amended Complaint

10   in this action to September 17, 2008.  Attached as Exhibit A is a true and correct copy of that

11   stipulation.

12       3)    In light of the extension of the time to answer or otherwise respond to the

13   complaint, the parties believe that it would be more efficient to continue the Case Management

14   Conference as well, for at least 30 days.  This would have a minimal effect on the overall

15   schedule of the case.

16       4)    The Case Management Conference has been previously continued from June 27,

17   2008 to August 22, 2008, prior to service of Defendants.

18       NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-2 IT IS HEREBY

19   AGREED AND STIPULATED that:

20       1)    The Case Management Conference is continued to September 26, 2008 or such

21   date as the Court deems more convenient.  The Joint Case Management Statement shall be filed

22   no later than September 19, 2008.

23

24

25

26

27

_____

28   [1] By joining this stipulation, specially appearing defendant Yahoo! Hong Kong, Ltd., does not
     waive its right to assert lack of personal jurisdiction in the Northern District of California.

1    Dated: August  2, 2008

2                                               PATRICK J. MANSHARDT
                                                SOUTHWESTERN LEGAL FOUNDATION
3

4                                               By:_____/s/_____
5                                                    Patrick J. Manshardt
                                                Attorney for Plaintiffs
6                                               CUNZHU ZHENG, QUAN GUO, and the
                                                CHINA DEMOCRACY PARTY
7
     Dated: August 4, 2008
8
9                                               DANIEL M. PETROCELLI
                                                MATTHEW T. KLINE
10                                              O'MELVENY & MYERS LLP

11
                                                By:_____/s/_____
12                                                   Daniel M. Petrocelli
                                                Attorneys for Defendants
13                                              YAHOO!, INC. and Specially Appearing
                                                Defendant YAHOO!, HONG KONG, LTD.
14

15

16                                    **ORDER**

17        Pursuant to stipulation, IT IS SO ORDERED; the Case Management Conference is

18   continued to September 26, 2008.

19

20        SIGNED on the ___18th__ day of _____August_____, 2008.

21

22                                        _____

23                                        The Honorable Maxine M. Chesney
                                          Judge, United States District Court
                                          for the Northern District
24

25

26

27

28

# EXHIBIT A

1

2　PATRICK J. MANSHARDT (S.B. # 178085)
　　PJManshardtlaw@aol.com
3　SOUTHWESTERN LEGAL FOUNDATION
　　One Bunker Hill Building, Eight Floor
4　601 West Fifth Street
　　Los Angeles, California, 90071
5　Telephone: (213) 688-4045
　　Facsimile: (213) 688-4040

6

7　Attorney for Plaintiffs CUNZHU ZHENG, QUAN
　　GUO, and the CHINA DEMOCRACY PARTY

8　DANIEL M. PETROCELLI (S.B. #097802)
　　dpetrocelli@omm.com
9　MATTHEW T. KLINE (S.B. #211640)
　　mkline@omm.com
10　O'MELVENY & MYERS LLP
　　1999 Avenue of the Stars, 7th Floor
11　Los Angeles, CA  90067-6035
　　Telephone:　(310) 553-6700
12　Facsimile:　(310) 246-6779

13　Attorneys for Defendant YAHOO!, INC. and
　　Specially Appearing Defendant YAHOO!, HONG
14　KONG, LTD.

15

16　　　　　　**UNITED STATES DISTRICT COURT**

17　　　　　　**NORTHERN DISTRICT OF CALIFORNIA**

18　　　　　　　　**SAN FRANCISCO DIVISION**

19　CUNZHU ZHENG; QUAN GUO; the　　Case No.  C08-01068 MMC
　　CHINA DEMOCRACY PARTY; and ALL
20　SIMILARLY SITUATED　　　　　　**JOINT STIPULATION PURSUANT TO**
　　INDIVIDUALS,　　　　　　　　　**LOCAL RULE 6-1 (a) FOR ADDITIONAL**
21　　　　　　　　　　　　　　　　**TIME TO ANSWER OR OTHERWISE**
　　　　　　　　　　　　　　　　　**RESPOND TO FIRST AMENDED**
22　　　　　　　Plaintiffs,　　　　　**COMPLAINT**

23　　　　v.

24　YAHOO, INC., a Delaware Corporation,
　　YAHOO! HONG KONG, LTD., a Foreign
25　Subsidiary of YAHOO!, INC Subsidiaries
　　of YAHOO!, INC.; and PEOPLES
26　REPUBLIC OF CHINA,

27　　　　　　　Defendants.

28

C08-01068 MMC
JOINT STIP. FOR ADDITIONAL TIME TO
RESPOND TO COMPLAINT

**STIPULATION**

This stipulation is entered by and through plaintiffs Cunzhu Zheng, Quan Guo, and the China Democracy Party ("Plaintiffs") and defendant Yahoo!, Inc. and specially appearing defendant Yahoo! Hong Kong, Ltd. ("Defendants"), through their respective undersigned counsel, with reference to the following facts:

1)    On February 22, 2008, Plaintiffs filed the original Complaint in this action, naming Defendants. Plaintiffs did not serve the original complaint on either of Defendants.

2)    On June 16, 2008, Plaintiffs filed the First Amended Complaint in this action. The First Amended Complaint added the People's Republic of China as a defendant.

3)    On July 17, 2008, plaintiffs attempted to serve the First Amended Complaint on Yahoo!, Inc., Yahoo! Hong Kong, Ltd., and the People's Republic of China. With regard to Defendants, Plaintiffs served a branch office of Yahoo!, Inc., and mailed a copy of the complaint to Yahoo! Asia Holdings, Ltd., a different Yahoo! affiliate, located in Hong Kong.

4)    Defendants do not believe service was validly effected on either defendant Yahoo!, Inc. or specially appearing defendant Yahoo! Hong Kong, Ltd. However, Defendants are willing to waive, rather than challenge, service. By accepting service, Defendants do not thereby waive any substantive right or defense, including the right of specially appearing defendant Yahoo! Hong Kong, Ltd. to assert lack of personal jurisdiction in the Northern District of California. *See* F.R.C.P. 4 (d)(5).

5)    The parties have not agreed to any previous extensions of time for Defendants to answer or otherwise respond to the First Amended Complaint.

NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-1 (a), IT IS HEREBY AGREED AND STIPULATED that:

1)    The time for Defendants to respond to the First Amended Complaint shall be extended to and including September 17, 2008.

2)    In the event Defendants timely file motions challenging the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12, Defendants will not be required to answer the First Amended Complaint at the time such motions are filed, but shall file and serve

1  any required answers to the First Amended Complaint within 20 days after notice of the Court's

2  ruling on any such motions.

3

4  Dated: August ____, 2008

5                                          PATRICK J. MANSHARDT
                                           SOUTHWESTERN LEGAL FOUNDATION
6

7                                          By: _____
8                                              Patrick J. Manshardt
                                           Attorney for Plaintiffs
9                                          CUNZHU ZHENG, QUAN GUO, and the
                                           CHINA DEMOCRACY PARTY

10  Dated: August ____, 2008

11                                         DANIEL M. PETROCELLI
                                           MATTHEW T. KLINE
12                                         O'MELVENY & MYERS LLP

13

14                                         By: _____
15                                             Daniel M. Petrocelli
                                           Attorneys for Defendants
16                                         YAHOO!, INC. and Specially Appearing
                                           Defendant YAHOO!, HONG KONG, LTD.

17

18  CC1:789622

19

20

21

22

23

24

25

26

27

28