UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cunzhu Zheng, et al.

                                                   CASE NO. 08-1068

               Plaintiff(s),

      v.                                    STIPULATION AND [PROPOSED]
Yahoo! Inc. et al.                          ORDER SELECTING ADR PROCESS

              Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
   ✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

       other requested deadline _____

Dated: 8/13/08                                            _____
                                                            Attorney for Plaintiff

Dated: 8/13/08                                            _____
                                                            Attorney for Defendant
                                                            Yahoo! Inc. and Specially Appearing
                                                            Defendant Yahoo! Hong Kong Ltd.

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
✓    Mediation
    Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: August 18, 2008

UNITED STATES ~~MAGISTRATE~~ JUDGE
District