政府總部

香港下亞厘畢道



GOVERNMENT SECRETARIAT

LOWER ALBERT ROAD
HONG KONG

本函檔號 Our Ref.: CSO/ADM/SJ/2008 I

來函檔號 Your Ref.:

Room 140
Central Government Offices
(East Wing)
Tel: (852) 2810 3969
Fax: (852) 2842 8897

RECEIVED
FILED
SEP 3 2008
SEP 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

27 August 2008

Patrick J Manshardt, Esq.
One Bunker Hill Building, Eighth Floor
601 West Fifth Street
Los Angeles, CA 90071
USA

Dear Sir,

### Services of Process

I refer to your request for service of documents under the Hague Convention of 15 November 1965 on the service abroad of judicial and extrajudicial documents in civil or commercial matters on the "Bureau of International Judicial Assistance Ministry of Justice of the People's Republic of China".

It is noticed that the address of the addressee stated in the request form is not in the Hong Kong Special Administrative Region. As such, we regret that we are unable to accede to your request. The documents are also returned for your disposal.

Yours faithfully,

(Ms Josepha Ng)
for Chief Secretary for Administration

Encl.

c.c. US District Court for the Northern District of California – w/o encl.
(Civil Action No. C-08-01068-MMC, Cunzhu Zheng et al v. Yahoo! Inc. et al)