ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

September 5, 2008

Patrick James Manshardt
Law Office of Patrick J. Manshardt
One Bunker Hill Building, Eighth Floor
601 W. Fifth Street
Los Angeles, CA 90071
213-688-4045

Daniel M. Petrocelli
OMelveny & Myers LLP
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
(310-553-6700

Re:   Cunzhu v. Yahoo Inc.
      Case No. C 08-01068 MMC MED

Dear Counsel:

The ADR Program would like to convene a conference call with a member of the legal staff to discuss the mediation referral. We would like to schedule this for **Monday, September 22, 2008 at 11:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. If you are unavailable at this time, please contact the other counsel and provide me with three alternative times you are all available during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator