DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779
Attorneys for defendant YAHOO!, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CUNZHU ZHENG; QUAN GUO; the CHINA DEMOCRACY PARTY; and ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of YAHOO!, INC Subsidiaries of YAHOO!, INC.; and PEOPLES REPUBLIC OF CHINA,<br><br>Defendants. | Case No. C08-01068 MMC<br><br>**YAHOO!, INC.'S MOTION TO CHANGE TIME AND TEMPORARILY TO STAY THE PENDING DEADLINES IN THIS CASE**<br><br>**Declaration of Daniel M. Petrocelli (filed concurrently herewith)**<br><br>Judge:     Hon. Maxine M. Chesney |

Given that plaintiffs' only attorney is suspended from the practice of law—and it is therefore impossible for defendant Yahoo!, Inc. ("Yahoo!") to meet and confer with plaintiffs regarding their complaint and the parties' initial discovery and ADR obligations—Yahoo! hereby moves, pursuant to Civil Local Rules 6-1, 6-3, 7-11, and 16-2(d), for an order staying the case until, at least, the upcoming September 26, 2008 status conference and temporarily relieving:

(1) defendants of their obligation to respond to plaintiffs' complaint; and

(2) the parties of their initial discovery and ADR obligations.

**I.     Unusual Circumstances Compel This Motion.**

According to the California State Bar's website, plaintiffs' counsel—Patrick Manshardt—

is suspended from the practice of law. *See* Petrocelli Decl. ¶ 13. Ethical rules prohibit our conferring with Mr. Manshardt about plaintiffs' case or contacting plaintiffs directly to do the same. *See, e.g.*, CAL. R. PROF'L CONDUCT 1-311 ("member shall not ... aid a person the member knows or reasonably should know is a disbarred, suspended, resigned, or involuntarily inactive member ... [to] engage in activities which constitute the practice of law"); 1-300 ("member shall not aid any person or entity in the unauthorized practice of law"); 2-100 ("member shall not communicate directly or indirectly ... with a party the member knows to be represented by another lawyer"); *see also* Petrocelli Decl. ¶ 4. We have asked Mr. Manshardt to identify other counsel for plaintiffs with whom we can meet and confer, but he has not identified anyone. *See* Petrocelli Decl. ¶¶ 15-16; Ex. L.

Counsel for Yahoo! cannot meet its threshold obligations to get this case underway. We cannot work with plaintiffs to discuss settlement options, formulate a discovery plan, or exchange initial disclosures. Nor can we meet and confer with plaintiffs regarding their complaint—which Yahoo! intends to move to dismiss, and which Mr. Manshardt indicated plaintiffs intend to amend. *See id.* ¶ 9; Ex. F. Indeed, given Mr. Manshardt's status, it is unclear with whom we should meet and confer regarding the filing of the present motion or even serve it upon.[1]

## II. A Temporary Stay Is Appropriate.

Under the circumstances, and because this is the third time Mr. Manshardt has been suspended from the practice of law in the seven weeks we have been involved in this case, *see id.* Ex. A, Yahoo! seeks a temporary stay of the case until there is certainty as to Mr. Manshardt's status and who will be representing plaintiffs. There are three pending deadlines Yahoo! would ask the Court to hold in abeyance until after the parties and the Court can address these representation issues at the upcoming September 26 case management conference.

1) Defendants' motion to dismiss, currently due **September 17, 2008**;

2) The parties' initial disclosures and the joint case management statement, currently due

---

[1] We apprised Mr. Manshardt last week that we would file this motion. *See id.* Ex. L. We will send him a courtesy copy of this filing. We seek the Court's guidance whether we should attempt to serve plaintiffs personally with these papers as well.

1  **September 19, 2008**; and

2  3) The parties' initial ADR scheduling call, currently scheduled for **September 22, 2008**.
3  While Yahoo! could file its motion to dismiss next week, we believe the case can and should be
4  narrowed via the meet-and-confer process, and we sent Mr. Manshardt an extensive letter on this
5  subject. *See* Petrocelli Decl. Ex. G. Moreover, Mr. Manshardt indicated plaintiffs intend to
6  amend their complaint, *see id.* ¶ 9; Ex. F, and we do not wish to engage in motion practice
7  directed at a complaint that will soon be altered. As for initial disclosures and a discovery plan,
8  we need to have a meaningful meeting with opposing counsel to address our obligations imposed
9  by Rule 26 of the Federal Rules of Civil Procedure and this Court's Local Rule 16-9. As for
10 mediation, settlement discussions and meetings are worth exploring, but impossible at the current
11 time.

### III. Conclusion

For these reasons, Yahoo! seeks the relief in the accompanying proposed order.

Dated: September 9, 2008

DANIEL M. PETROCELLI
MATTHEW T. KLINE
O'MELVENY & MYERS LLP


By:  /s/ Daniel M. Petrocelli
     Daniel M. Petrocelli

Attorney for Defendant YAHOO!, INC.

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CUNZHU ZHENG; QUAN GUO; the CHINA DEMOCRACY PARTY; and ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of YAHOO!, INC Subsidiaries of YAHOO!, INC.; and PEOPLES REPUBLIC OF CHINA,<br><br>Defendants | Case No. C08-01068 MMC<br><br>**[PROPOSED] ORDER GRANTING YAHOO!, INC.'S MOTION TO CHANGE TIME AND TEMPORARILY TO STAY THE PENDING DEADLINES IN THIS CASE**<br><br>Judge:   Hon. Maxine M. Chesney |

**ORDER [Proposed]**

Having considered Defendant Yahoo!, Inc.'s Motion To Change Time And Temporarily To Stay The Pending Deadlines In This Case; the papers filed in response thereto, all other argument, and the entire record in this case, and good cause appearing therefore, it is hereby ORDERED that Yahoo!'s motion is GRANTED.

1) All pending deadlines in this case are currently stayed and abated.

2) Defendants shall not be required to respond to plaintiffs' First Amended Complaint on or before September 17, 2008. The Court will set a time for defendants to respond to the First Amended Complaint at or after the September 26, 2008 status conference in this matter.

[PROPOSED] ORDER RE: YAHOO!'S MOT.
TO CHANGE TIME
C08-01068 MMC

1      3)    The parties shall not be required to file a Joint Case Management Statement on September 19, 2008, or to complete by that date initial disclosures pursuant to FED. R. CIV. P. 26(a) or a discovery plan pursuant to FED. CIV. P. 26(f). The Court will set new deadlines for these submissions at or after the September 26, 2008 status conference.

    4)    The parties' initial ADR Program conference call, currently scheduled for Monday, September 22, 2008, at 11:00, shall be taken off calendar. The Court will set a new deadline for this conference at or after the September 26, 2008 status conference.

SIGNED on the _____ day of _____, 2008.

_____
The Honorable Maxine M. Chesney
Judge, United States District Court
for the Northern District

CC1:791810