1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 CUNZHU ZHENG, et al.,              No. C-08-1068 MMC

12        Plaintiffs,            **ORDER GRANTING YAHOO! INC.'S**
                                    **MOTION TO CHANGE TIME AND**
13  v.                          **TEMPORARILY TO STAY PENDING**
                                      **DEADLINES; CONTINUING CASE**
14 YAHOO! INC. et al.,           **MANAGEMENT CONFERENCE**

15        Defendants

16 _____/

17      Before the Court is defendant Yahoo! Inc.'s Motion to Change Time and Temporarily

18 to Stay the Pending Deadlines, filed September 9, 2008.

19      Defendant having advised the Court that plaintiffs' counsel of record has been, as of

20 August 16, 2008, suspended from the practice of law in California, (see Petrocelli Decl. Ex.

21 A), and, further, that plaintiffs' counsel of record is currently "inactive" as a result of an

22 order issued during the course of a disciplinary action, (see id. Exs. A, J), the Court finds

23 good cause exists to temporarily stay all current deadlines pending determination under

24 Civil Local Rule 11-7 as to whether plaintiffs' counsel of record should be subject to

25 reciprocal discipline.  Accordingly, the motion is hereby GRANTED.

26      For the same reasons, good cause exists to continue the Case Management

27 Conference.  Accordingly, the Case Management Conference is hereby CONTINUED from

28 September 26, 2008 to November 21, 2008.  A Joint Case Management Statement, or, if

appropriate, separate statements, shall be filed no later than November 14, 2008.

Additionally, the Court hereby STAYS all other current deadlines.  In particular, the deadline for any defendant to file a response to the complaint, the deadline for the parties to make initial disclosures, and the deadline to complete mediation are stayed; new deadlines will be set at the Case Management Conference.

Lastly, the September 22, 2008 ADR conference call is VACATED.

**IT IS SO ORDERED.**

Dated: September 15, 2008

MAXINE M. CHESNEY
United States District Judge

2