PATRICK J. MANSHARDT (S.B. #178085)
PJManshardtlaw@aol.com
SOUTHWESTERN LEGAL FOUNDATION
One Bunker Hill Building, Eight Floor
601 West Fifth Street
Los Angeles, California, 90071
Telephone: (213) 688-4045
Facsimile: (213) 688-4040

Attorney for Plaintiffs CUNZHU ZHENG, QUAN GUO, and the CHINA DEMOCRACY PARTY

DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:     (310) 553-6700
Facsimile:     (310) 246-6779

Attorneys for Defendant YAHOO!, INC. and Specially Appearing Defendant YAHOO!, HONG KONG, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CUNZHU ZHENG; QUAN GUO; the CHINA DEMOCRACY PARTY; and ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>          Plaintiffs,<br><br>     v.<br><br>YAHOO, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of YAHOO!, INC Subsidiaries of YAHOO!, INC.; and PEOPLES REPUBLIC OF CHINA,<br><br>          Defendants. | Case No.  C08-01068 MMC<br><br>**JOINT STIPULATED REQUEST, PURSUANT TO LOCAL RULE 6-2, FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>AND ORDER THEREON |

**STIPULATION**

This stipulation is entered by and through plaintiffs Cunzhu Zheng, Quan Guo, and the China Democracy Party ("Plaintiffs") and defendant Yahoo!, Inc. and specially appearing defendant Yahoo! Hong Kong, Ltd. ("Defendants"),[1] through their respective undersigned counsel, with reference to the following facts:

1) The initial Case Management Conference is currently scheduled for November 21, 2008, with a Joint Case Management Statement due November 14, 2008.

2) Plaintiffs are currently drafting a revised amended complaint that will significantly alter the case, as one plaintiff plans to withdraw from the suit and two others plan to join. The parties hope soon to file a joint stipulation regarding Plaintiffs' amendment, although Defendants reserve all rights.

3) In light of the fact that the complaint is soon to be significantly amended, the parties believe that it would be more efficient to continue the Case Management Conference for three weeks. This would have a minimal effect on the overall schedule of the case.

4) The Case Management Conference has been previously continued from June 27, 2008, to August 22, 2008, prior to service of Defendants; from August 22, 2008, to September 26, 2008, by joint stipulated request; and from September 26, 2008, to November 21, 2008, by this Court's order.

NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-2 IT IS HEREBY AGREED AND STIPULATED that:

1) The Case Management Conference is continued to December 12, 2008, or such date as the Court deems more convenient. The Joint Case Management Statement shall be filed no later than December 5, 2008.

---

[1] By joining this stipulation, specially appearing defendant Yahoo! Hong Kong, Ltd., does not waive its right to assert lack of personal jurisdiction in the Northern District of California.

C08-01068 MMC
JOINT STIP. FOR ORDER CONTINUING      - 2 -
CASE MANAGEMENT CONFERENCE

Dated: November 10, 2008

        PATRICK J. MANSHARDT
        SOUTHWESTERN LEGAL FOUNDATION

By: /s/ _____
     Patrick J. Manshardt
Attorney for Plaintiffs
CUNZHU ZHENG, QUAN GUO, and the
CHINA DEMOCRACY PARTY

Dated: November 10, 2008

DANIEL M. PETROCELLI
MATTHEW T. KLINE
O'MELVENY & MYERS LLP

By: /s/ _____
     Daniel M. Petrocelli
Attorneys for Defendants
YAHOO!, INC. and Specially Appearing
Defendant YAHOO! HONG KONG, LTD.

### ORDER [Proposed]

Pursuant to stipulation, IT IS SO ORDERED.

Specifically, the Case Management Conference is continued from November 21, 2008 to January 16, 2009, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than January 9, 2009.

SIGNED on the 10th day of November 2008.

_[signature]_
The Honorable Maxine M. Chesney
Judge, United States District Court
for the Northern District