PATRICK J. MANSHARDT (S.B. #178085)
PJManshardtlaw@aol.com
SOUTHWESTERN LEGAL FOUNDATION
One Bunker Hill Building, Eight Floor
601 West Fifth Street
Los Angeles, California, 90071
Telephone: (213) 688-4045
Facsimile: (213) 688-4050

Attorney for Plaintiffs CUNZHU ZHENG, QUAN GUO, and the CHINA DEMOCRACY PARTY

DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:    (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Defendant YAHOO!, INC. and Specially Appearing Defendant YAHOO!, HONG KONG, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CUNZHU ZHENG, et al, <br><br>                    Plaintiffs, <br><br>     v. <br><br> YAHOO, INC., et al., <br><br>                    Defendants. | Case No.  C08-01068 MMC <br><br> **JOINT STIPULATED REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 16, 2009, CASE MANAGEMENT CONFERENCE** <br><br> AND ORDER THEREON |

C08-01068 MMC
JOINT REQUEST FOR TELEPHONE
APPEARANCE AT JAN. 16, 2009 CMC

## STIPULATION

This stipulation is entered by and through plaintiffs Cunzhu Zheng, Quan Guo, and the China Democracy Party ("Plaintiffs") and defendant Yahoo!, Inc. and specially appearing defendant Yahoo! Hong Kong, Ltd. ("Defendants"),[1] through their respective undersigned counsel, with reference to the following facts:

1) The initial Case Management Conference in this case is scheduled for January 16, 2009, at 10:30 a.m.

2) Both parties have counsel with their offices in Los Angeles, California. Plaintiffs' counsel approached Defendants' counsel today asking if Defendants would agree to a telephonic appearance. Defendants agreed to Plaintiffs' request.

3) The parties recognize that, under Local Rule 16-10(a), this request should have been filed on Friday, January 9, 2009. However, given the parties' agreement, the parties ask that the Court grant the request notwithstanding this technical deficiency.

4) Should the Court grant this request, counsel for Plaintiffs will be available by telephone at 310.994.1085 and counsel for Defendants will be available by telephone at 310.246.6850 for the Case Management Conference.

NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULE 7-12 IT IS HEREBY AGREED AND STIPULATED that:

1) Counsel for both parties shall appear telephonically at the January 16, 2009, Case Management Conference.

---

[1] By joining this stipulation, specially appearing defendant Yahoo! Hong Kong, Ltd., does not waive its right to assert lack of personal jurisdiction in the Northern District of California.

C08-01068 MMC
JOINT REQUEST FOR TELEPHONE           - 2 -
APPEARANCE AT JAN. 16, 2009 CMC

| | |
|---|---|
| 1 | Dated: January 12, 2009 |
| 2 | PATRICK J. MANSHARDT |
| 3 | SOUTHWESTERN LEGAL FOUNDATION |
| 4 | |
| 5 | By: _____ w/ permission |
| | Patrick J. Manshardt |
| 6 | Attorney for Plaintiffs |
| | CUNZHU ZHENG, QUAN GUO, and the |
| 7 | CHINA DEMOCRACY PARTY |

Dated: January 12, 2009

DANIEL M. PETROCELLI
MATTHEW T. KLINE
O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli
Attorneys for Defendant YAHOO!, INC. and
Specially Appearing Defendant YAHOO!
HONG KONG, LTD.

### ORDER [Proposed]

Pursuant to stipulation, IT IS SO ORDERED.

SIGNED on the  14th  day of  January , 2009.

_____
The Honorable Maxine M. Chesney
Judge, United States District Court
for the Northern District

---

C08-01068 MMC
JOINT REQUEST FOR TELEPHONE                - 3 -
APPEARANCE AT JAN. 16, 2009 CMC