PATRICK J. MANSHARDT (S.B. #178085)
PJManshardtlaw@aol.com
SOUTHWESTERN LEGAL FOUNDATION
One Bunker Hill Building, Eight Floor
601 West Fifth Street
Los Angeles, California, 90071
Telephone: (213) 688-4045
Facsimile: (213) 688-4050

Attorney for Plaintiffs CUNZHU ZHENG, QUAN GUO, and the CHINA DEMOCRACY PARTY

DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Defendant YAHOO!, INC. and Specially Appearing Defendant YAHOO!, HONG KONG, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CUNZHU ZHENG, et al,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO, INC., et al.,<br><br>Defendants. | Case No. C08-01068 MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND TO CHANGE TIME FOR DEFENDANTS TO RESPOND**<br><br>AND ORDER SETTING DEADLINE TO COMPLETE MEDIATION |

**STIPULATION**

This stipulation is entered by and through plaintiffs Cunzhu Zheng, Quan Guo, and the China Democracy Party ("Plaintiffs") and defendant Yahoo!, Inc. and specially appearing defendant Yahoo! Hong Kong, Ltd. ("Defendants"),[1] through their respective undersigned counsel, with reference to the following facts:

1) Plaintiffs filed an initial complaint in this case on February 22, 2008. Plaintiffs filed a First Amended Complaint on June 16, 2008, prior to serving the Yahoo! defendants.

2) Plaintiffs now wish to file a Second Amended Complaint, attached as Exhibit A.

3) Pursuant to Rules 15(a)(2) and 4(d)(5) of the Federal Rules of Civil Procedure, Defendants are willing to stipulate to plaintiffs' filing the Second Amended Complaint, and waive service of the same. Defendants reserve all rights regarding the Second Amended Complaint, including the right to move to dismiss on any basis, including but not limited to that Plaintiffs have failed to state a claim, and that this Court lacks subject matter and personal jurisdiction.

4) The parties and the Court had previously contemplated that the Second Amended Complaint would be filed February 6, 2009, with defendants' response due April 3, 2009. Because the Second Amended Complaint is actually being filed later than February 6, 2009, and because of the parties' respective scheduling conflicts (including competing trial obligations and an administrative matter to which plaintiffs' counsel must attend), the parties hereby stipulate to the following schedule for Defendants to respond to Plaintiffs' Second Amended Complaint:

- February 27, 2009 - Plaintiffs file Second Amended Complaint
- May 1, 2009 - Defendants file planned Motion to Dismiss
- June 5, 2009 - Plaintiffs file any opposition to Defendants' Motion to Dismiss
- June 12, 2009 - Defendants file any reply supporting Defendants' Motion to Dismiss
- June 26, 2009 - Hearing on Defendants' Motion to Dismiss (the Court's schedule permitting)

[1] By joining this stipulation, specially appearing defendant Yahoo! Hong Kong, Ltd., does not waive its right to assert lack of personal jurisdiction in the Northern District of California.

5) Here is the prior schedule the Court had set in place:

- February 6, 2009 - Plaintiffs file Second Amended Complaint
- April 3, 2009 - Defendants file response to Second Amended Complaint
- May 8, 2009 - Tentative Hearing Date for Defendants' planned Motion to Dismiss

6) The parties submit that the proposed changes to the schedule set forth in paragraph 4 above will have a minimal impact on the overall scheduling of the case. The parties have not previously requested a change in the briefing schedule regarding the planned Motion to Dismiss. The Initial Case Management Conference was held on January, 16, 2009.[2] The next status conference is set for July 24, 2009.

NOW, THEREFORE, PURSUANT TO F.R.C.P. 15 AND CIVIL LOCAL RULES 6-2, 7-12 AND 10-1, IT IS HEREBY AGREED AND STIPULATED that:

Plaintiffs shall be permitted to file the attached Second Amended Complaint and shall do so on February 27, 2009. Defendants shall respond to the Second Amended Complaint by May 1, 2009. In the event Defendants file a Motion to Dismiss the Second Amended Complaint, the hearing on that Motion will be June 26, 2009. Plaintiffs' opposition to the motion shall be due by June 5, 2009, and Defendants' reply by June 12, 2009.

[2] The Initial Case Management Conference was continued from June 27, 2008, to August 22, 2008, prior to service of Defendants; from August 22, 2008, to September 26, 2008, by joint stipulated request; from September 26, 2008, to November 21, 2008, by this Court's order, and from November 21, 2008 to January 16, 2009, by joint stipulated request.

Dated: February 19, 2009

PATRICK J. MANSHARDT
SOUTHWESTERN LEGAL FOUNDATION

By: ____________________
Patrick J. Manshardt
Attorney for Plaintiffs
CUNZHU ZHENG, QUAN GUO, and the CHINA DEMOCRACY PARTY

Dated: February 19, 2009

DANIEL M. PETROCELLI
MATTHEW T. KLINE
O'MELVENY & MYERS LLP

By: ____________________
Daniel M. Petrocelli
Attorneys for Defendant YAHOO!, INC. and Specially Appearing Defendant YAHOO! HONG KONG, LTD.

**ORDER** ~~[Proposed]~~

Pursuant to stipulation, IT IS SO ORDERED. IT IS FURTHER ORDERED that the deadline to complete mediation is October 2, 2009.

SIGNED on the 26th day of February, 2009.

____________________
The Honorable Maxine M. Chesney
Judge, United States District Court for the Northern District

CC1:800465.1