1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CUNZHU ZHENG, LIU GUOKAI, TAO JUN, and the CHINA DEMOCRACY PARTY,<br><br>          Plaintiffs,<br><br>     v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of YAHOO!, INC; and the PEOPLES REPUBLIC OF CHINA,<br><br>          Defendants. | Case No.  C08-01068 MMC<br><br>[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME FOR FILING, BRIEFING, AND HEARING YAHOO!, INC.'S AND YHKL'S JOINT MOTION TO DISMISS<br><br>Judge:          Hon. Maxine M. Chesney |

12
13
14
15
16
17
18
19
20
21
22

**ORDER [Proposed]**

23

     Having considered Defendant Yahoo!, Inc.'s Motion To Change Time For Filing,

Briefing, and Hearing Yahoo!, Inc.'s and YHKL's Joint Motion To Dismiss, any papers filed in

response thereto, all other argument, and the entire record in this case, it is hereby ORDERED

that the motion is:

     GRANTED.

1       1)     Defendants shall file their Motion to Dismiss on or before **May 22, 2009**;

2       2)     Plaintiffs shall file any opposition to Defendants' Motion on or before **June 26,**

3             **2009**;

4       3)     Defendants shall file any Reply in Support of their Motion on or before **July 3,**

5             **2009**; and

6       4)     The Hearing on Defendants' Motion shall be continued to **July 17, 2009.**

8       SIGNED on the _28th_ day of ___April_____, 2009.

10      _____
           The Honorable Maxine M. Chesney
11     Judge, United States District Court
           for the Northern District

CC1:805760.1

- 2 -    C08-01068 MMC
         [PROPOSED] ORDER RE: YAHOO!'S
         MOTION TO CHANGE TIME