1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CUNZHU ZHENG, LIU GUOKAI, TAO JUN, and the CHINA DEMOCRACY PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of YAHOO!, INC; and the PEOPLES REPUBLIC OF CHINA,<br><br>Defendants. | Case No. C08-01068 MMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF REGARDING THE LENGTH AND FORM OF YAHOO!, INC.'S AND YHKL'S JOINT MOTION TO DISMISS<br><br>Judge:   Hon. Maxine M. Chesney |

### ORDER [Proposed]

Having considered Defendant Yahoo!, Inc.'s Motion For Administrative Relief Regarding the Length and Form of Yahoo!, Inc.'s and YHKL's Joint Motion To Dismiss, ~~any papers filed in response thereto, all other argument, and the entire record in this case~~ and good cause existing to hear the motion on an ex parte basis, it is hereby ORDERED that the motion is:

C08-01068 MMC
[PROPOSED] ORDER RE: YAHOO!'S
MOTION FOR ADMINISTRATIVE RELIEF

GRANTED, and Defendants Yahoo!, Inc., and Yahoo!, Hong Kong, Ltd. will be permitted 50 pages of briefing for their memorandums in support of their Motion to Dismiss and such briefing may be dispersed through two separate memorandums.

SIGNED on the __11th__ day of __May_____, 2009.

_____
The Honorable Maxine M. Chesney
Judge, United States District Court
for the Northern District

C08-01068 MMC
- 2 -    [PROPOSED] ORDER RE: YAHOO!'S
MOTION FOR ADMINISTRATIVE RELIEF