UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CUNZHU ZHENG, LIU GUOKAI, TAO JUN, and the CHINA DEMOCRACY PARTY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO!, HONG KONG, LTD., a Foreign Subsidiary of YAHOO!, INC; and the PEOPLES REPUBLIC OF CHINA,<br><br>                    Defendants. | Case No.  C08-01068 MMC<br><br>[PROPOSED] ORDER GRANTING MOTION TO STAY CASE AND HOLD ALL DEADLINES IN ABEYANCE UNTIL AFTER JULY 24, 2009 STATUS CONFERENCE<br><br>Judge:     Hon. Maxine M. Chesney |

**ORDER [Proposed]**

Having considered Defendant Yahoo!, Inc.'s Motion To Stay Case And Hold All Deadlines In Abeyance Until After July 24, 2009 Status Conference, and the entire record in this case, and good cause appearing therefore, it is hereby ORDERED that the motion is:

GRANTED.

   1)   All pending deadlines in this case are currently stayed and abated.

C08-01068 MMC
[PROPOSED] ORDER RE: YAHOO!'S
MOTION TO STAY

1       2)   Defendants shall not be required to respond to plaintiffs' Second Amended

2   Complaint on or before May 22, 2009.  The Court will set a time for defendants to respond to the

3   Second Amended Complaint at or after the July 24, 2009, case management conference in this

4   matter.

5       3)   The parties shall not be required to complete mediation by October 2, 2009.  The

6   Court will set a time for the parties to complete mediation at or after the July 24, 2009, case

7   management conference.

8       4)   On or before July ~~17~~ 10, 2009, Mr. Manshardt shall submit a letter to the Court

9   (copying counsel for the Yahoo! defendants) ~~explaining in detail~~ apprising the Court of his current and expected future

10   eligibility to practice law in the State of California.

11

12       SIGNED on the __19th__ day of __May__, 2009.

13

14                          */s/ Maxine M. Chesney*

                                The Honorable Maxine M. Chesney

15                                   Judge, United States District Court
                                for the Northern District

16   CC1:806836.2

17

18

19

20

21

22

23

24

25

26

27

28

                                - 2 -    C08-01068 MMC
                                         [PROPOSED] ORDER RE: YAHOO!'S
                                         MOTION TO STAY