United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CUNZHU ZHENG, et al.,

        Plaintiffs,

  v.

YAHOO! INC. et al.,

        Defendants

_____/

No. C-08-1068 MMC

**ORDER DIRECTING COUNSEL TO APPEAR BY TELEPHONE AT JULY 24, 2009 CASE MANAGEMENT CONFERENCE**

     Before the Court is defendant Yahoo! Inc.'s separate Case Management Statement, and plaintiffs Cunzhu Zheng, Tao Jun, Liu Guokai, and China Democracy Party's Notice of Association of Counsel, both filed July 17, 2009.

     In light of the location of all counsels' offices, the Case Management Conference scheduled for July 24, 2009 will be conducted telephonically.

     **IT IS SO ORDERED.**

Dated: July 17, 2009

_____
MAXINE M. CHESNEY
United States District Judge