IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNZHU ZHENG, et al., | No. C-08-1068 MMC |
| Plaintiffs, | **ORDER RE: DEFENDANTS' REQUEST FOR IN-PERSON STATUS CONFERENCE** |
| v. | |
| YAHOO! INC. et al., | |
| Defendants | |

On July 17, 2009, the Court approved the telephonic appearance of counsel at the July 24, 2009 Case Management Conference. Thereafter, on July 20, 2009, defendants filed a request that all counsel appear at said conference in person.

Although the personal appearance of counsel may be required at a subsequent conference, the Court is of the view that the currently-scheduled conference should be conducted telephonically.

**IT IS SO ORDERED.**

Dated: July 22, 2009

MAXINE M. CHESNEY
United States District Judge