**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   CUNZHU ZHENG, et al.,                    No. C-08-1068 MMC
11              Plaintiffs,                   **DIRECTIONS TO CLERK**
12      v.
13   YAHOO! INC. et al.,
14              Defendants
15   _____/
16          The docket of the above-titled case indicates that Patrick Manshardt ("Manshardt")
17   has, in addition to Thomas K. Bourke and Rizwan R. Ramji, appeared herein on behalf of
18   plaintiffs.
19          By orders filed July 29, 2009, the Chief Judge of this District ordered Manshardt
20   removed from the roll of attorneys authorized to practice before this Court.  (See Order,
21   filed July 29, 2009, Case No. CV-09-80080 MISC VRW; Order, filed July 29, 2009, Case
22   No. CV-09-80091 MISC VRW.)
23          In light of said orders, the Clerk is hereby directed to remove Manshardt from the
24   docket of the above-titled action.
25          **IT IS SO ORDERED.**
26
27   Dated: August 3, 2009                    _____
28                                            MAXINE M. CHESNEY
                                             United States District Judge