LAW OFFICE OF THOMAS K. BOURKE
Thomas K. Bourke, State Bar No. 56333
*Talltom2@aol.com*
Rizwan R. Ramji, State Bar No. 210576
rramji@aol.com
One Bunker Hill, Eighth Floor
601 West Fifth Street
Los Angeles, CA  90071-2094
Tel: (213) 623-1092 / Fax: (213) 623-5325

Attorneys for Plaintiffs Cunzhu Zheng, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNZHU ZHENG; et al., | No.  CV-08-01068 MMC |
| Plaintiff, | **PLAINTIFFS' EX PARTE APPLICATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO THE YAHOO! DEFENDANTS' MOTIONS TO DISMISS** |
| vs. | |
| YAHOO!, INC., et al., | |
| Defendants. | ORDER GRANTING PLAINTIFFS' APPLICATION; CONTINUING HEARING ON MOTIONS TO DISMISS |

On July 24, 2009 the Court issued a scheduling order in this case concerning the Yahoo! Defendants'  motions to dismiss the Plaintiffs' Third Amended Complaint in the action.  The Court ordered that Plaintiffs' opposition to the motion be filed on October 15, 2009.

Because of the complexity of the legal issues presented by the Yahoo! Defendant's motions, Plaintiffs request an extension of one business day in which to file their oppositions, so that the oppositions will be due on Monday, October 19, 2009.

Plaintiffs' counsel requested a stipulation from the Yahoo! Defendants' counsel as to the requested extension and while counsel for the Yahoo!

Defendants said they would not sign such a stipulation, they did inform Plaintiffs'
counsel that they did not oppose the extension, provided they also received an
extra business day for the filing of their reply and a week's extension on
outstanding discovery responses from the Yahoo! Defendants. Counsel for
Plaintiffs agreed to these conditions.

Accordingly, Plaintiffs' counsel request an extension of one business day
from October 16, 2009 to October 19, 2009 to file their oppositions to the Yahoo!
Defendants' motions to dismiss. Likewise, they agree that the Yahoo! Defendants
shall have until November 2, 2009 to file their reply briefs in support of their
motions to dismiss.

DATED: October 15, 2009    LAW OFFICE OF THOMAS K. BOURKE

By  /s/
_____
     Thomas K. Bourke
Attorney for Plaintiffs Cunzhu Zheng, *et al.*

[P~~ROPOSED~~] ORDER

IT IS SO ORDERED.   Specifically, plaintiffs' oppositions, filed October 19, 2009, are
deemed timely filed and the deadline for defendants to file their reply briefs is extended to
November 2, 2009. IT IS FURTHER ORDERED that the hearing on defendants' motions to
dismiss is continued to December 4, 2009.
_____
     UNITED STATES DISTRICT COURT JUDGE

2