| | |
|---|---|
| 1 | Thomas K. Bourke, Esq. (S.B. #097802) |
| | Talltom2@aol.com |
| 2 | Rizwan R. Ramji, Esq. |
| | Rrramji@aol.com |
| 3 | LAW OFFICE OF THOMAS K. BOURKE |
| | 601 West Fifth Street, Eight Floor |
| 4 | Los Angeles, CA 90071-2094 |
| | Telephone: (213) 623-1092 |
| 5 | Facsimile: (213) 623-5325 |
| 6 | Attorneys for Plaintiffs Cunzhu Zheng, et al. |
| 7 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 8 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 9 | JESSICA L. STEBBINS (S.B. #248485) |
| | jstebbins@omm.com |
| 10 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 11 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 12 | Facsimile: (310) 246-6779 |
| 13 | Attorneys for defendants YAHOO!, INC and YAHOO! HONG KONG, LTD. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CUNZHU ZHENG, LIU GUOKAI, TAO JUN, and the CHINA DEMOCRACY PARTY,<br><br>  Plaintiffs,<br><br>  v.<br><br>YAHOO!, INC., a Delaware Corporation, YAHOO! HONG KONG, LTD., a Foreign Subsidiary of YAHOO!, INC; and the PEOPLES REPUBLIC OF CHINA,<br><br>  Defendants. | Case No. C08-01068 MMC<br>ORDER APPROVING<br>**JOINT STIPULATION** ~~AND [PROPOSED]~~ ~~ORDER~~ **TO CONTINUE THE DEADLINE TO COMPLETE MEDIATION UNTIL AFTER THE COURT'S RULING ON THE YAHOO! DEFENDANTS' PENDING MOTIONS TO DISMISS**<br><br>Judge: Hon. Maxine M. Chesney |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | This stipulation is entered by and through plaintiffs Cunzhu Zheng, Liu Guokai, Tao Jun |
| 3 | and the China Democracy Party ("Plaintiffs") and defendants Yahoo!, Inc. and Yahoo! Hong |
| 4 | Kong, Ltd. ("Defendants"), through their respective undersigned counsel, with reference to the |
| 5 | following facts: |
| 6 | 1) At the status conference in this action on July 24, 2009, the Court ordered the |
| 7 | parties to complete mediation by November 6, 2009, and also set a hearing date on the Yahoo! |
| 8 | Defendants' pending motions to dismiss for November 20, 2009. On October 21, 2009, this |
| 9 | Court continued the hearing date on Defendants' motions to December 4, 2009. |
| 10 | 2) After an initial scheduling conference with the court-appointed mediator, David |
| 11 | Meadows, defendants agreed to meet for mediation with plaintiffs in San Francisco the week of |
| 12 | November 6, 2009. Defendants also requested greater detail regarding plaintiffs' alleged |
| 13 | damages. |
| 14 | 3) Plaintiffs have asked Defendants to defer mediation until after the Court rules on |
| 15 | Defendants' motions to dismiss, citing the fact that Plaintiffs and Defendants have significant |
| 16 | disagreement about the merits of the case. |
| 17 | 4) Defendants do not oppose Plaintiffs' request to continue the mediation. Nor does |
| 18 | the mediator, assuming it is acceptable to both parties and plaintiffs' request is approved by the |
| 19 | Court. |
| 20 | NOW, THEREFORE IT IS HEREBY AGREED AND STIPULATED that: |
| 21 | The deadline for the parties to complete mediation is stayed pending the Court's ruling on |
| 22 | Defendants' pending motions to dismiss. The Court will revisit the issue of mediation, if at all |
| 23 | necessary, after issuing its ruling on these motions. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: Oct 20, 2009

THOMAS K. BOURKE
RIZWAN R. RAMJI
LAW OFFICE OF THOMAS K. BOURKE

By: /s/ TKBL
Thomas K. Bourke
Attorney for Plaintiffs
CUNZHU ZHENG, QUAN GUO, and the
CHINA DEMOCRACY PARTY

Dated: Oct. 22, 2009

DANIEL M. PETROCELLI
MATTHEW T. KLINE
JESSICA L. STEBBINS
O'MELVENY & MYERS LLP

By: /s/
Matthew T. Kline
Attorneys for Defendants YAHOO!, INC. and
YAHOO! HONG KONG, LTD.

## ORDER [Proposed]

Pursuant to stipulation, IT IS SO ORDERED, with the exception that the deadline is continued to February 12, 2010.

SIGNED on the __23rd__ day of __October__, 2009.

/s/ Maxine M. Chesney
The Honorable Maxine M. Chesney
Judge, United States District Court
for the Northern District

C08-01068 MMC
JOINT STIPULATED REQUEST FOR
ORDER CONTINUING MEDIATION

- 2 -