United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNZHU ZHENG, et al., | No. C-08-1068 MMC |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT UNDER RULES 12(B)(1) AND 12(B)(7); VACATING HEARING** |
| v. | |
| YAHOO! INC. et al., | |
| Defendants | |

    Before the Court is defendants Yahoo!, Inc. ("Yahoo!") and Yahoo! Hong Kong, Ltd.'s ("Yahoo! HK") (collectively, "Yahoo! Defendants") "Motion to Dismiss Plaintiffs' Third Amended Complaint Under Rules 12(b)(1) and 12(b)(7)," filed August 7, 2009.[1]  Plaintiffs Cunzhu Zhen, Liu Guokai, Tao Jun, and the China Democracy Party have filed opposition, to which the Yahoo! Defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter suitable for decision on the parties' respective submissions, VACATES the hearing scheduled for December 4, 2009, and rules as follows.

    To the extent the instant motion seeks dismissal of the claims alleged against the Yahoo! Defendants, the motion is hereby DENIED as moot, for the reason that the Court, by separate order filed concurrently herewith, has granted the Yahoo! Defendants'

---

[1] A third defendant, the Peoples Republic of China, has not appeared.

separately-filed motion to dismiss the Third Amended Complaint for failure to state a claim.

To the extent the instant motion seeks dismissal of the claims alleged against the Peoples Republic of China ("PRC"), the motion is hereby DENIED, for the reason that the Yahoo! Defendants lack standing to seek such relief on behalf of the PRC.

**IT IS SO ORDERED.**

Dated: December 2, 2009

MAXINE M. CHESNEY
United States District Judge