IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CUNZHU ZHENG, et al.,

        Plaintiffs,

  v.

YAHOO, INC., et al.,

        Defendants.
                                         /

No. CV-08-1068 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the plaintiffs' claims against the Yahoo! Defendants are DISMISSED with prejudice and plaintiffs' claims against People's Republic of China are DISMISSED without prejudice.

Dated: February 1, 2010                                     Richard W. Wieking, Clerk

                                                                                  By: Tracy Lucero
                                                                                   Deputy Clerk